REBECCA SPILKE, Respondent, v. HENRY C. KRUPP and " ISAAC TUCHMAN," etc., Appellants.— On the court's own motion, the decision of this court handed down on September 25, 1940 [*ante*, p. 806], is hereby amended to read as follows: On argument and on consent of counsel, order granting injunction *pendente lite* directing removal of a wall reversed, without costs, and case directed to be placed on the Special Term Calendar for Trials, Kings County, on September 30, 1940. The situation requires a trial before a direction is made as to the subject-matter. We do not pass upon any question of fact or law or the merits thereof. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

## (September 30, 1940.)

FRANCES M. AITKEN, Appellant, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

HARRIETT L. BARTHOLOMAUS, Appellant, v. BERNARD M. BARTHOLOMAUS, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

DAYTON SUPPLY CORPORATION, Respondent, v. SAMUEL VITT, etc., and Others, Appellants, and ABRAHAM SCHWARTZ, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

GAYTON DELISA, an Infant, by MICHAEL DELISA, His Guardian ad Litem, and MICHAEL DELISA, Individually, Appellants, v. ARTHUR F. SCHMIDT, INC., Defendant, and WARREN NORGE COMPANY, INC., Respondent.—Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

D. M. W. CONTRACTING Co., INC., Appellant, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals granted. [See 259 App. Div. 1081.] Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

PHILIP DONALD REALTY Co., INC., Respondent, v. BENJAMIN BOOK and BERNARD BURK, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

DESMOND FITZGERALD, Respondent, v. CITY OF NEW ROCHELLE, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.